**DENIED and Opinion Filed April 29, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00498-CV**

**IN RE PHO GOLDEN, LLC, Relator**

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00568-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Justice Carlyle

Relator Pho Golden, LLC filed this petition for writ of mandamus on April 29, 2020, challenging the trial court's amended judgment for possession. Relator also filed a motion for emergency relief, asking this Court to stay the challenged amended judgment pending resolution of this original proceeding.

For mandamus to lie, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has failed to show its entitlement to mandamus relief. Accordingly, we deny relator's mandamus petition and emergency

motion. *See* TEX. R. APP. P. 52.8(a) (petition must be denied if the court determines relator is not entitled to the relief sought).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


200498F.P05